UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
Minutes of Proceedings

**OFFICE:** Camden                                                      **DATE OF PROCEEDING:** 6/2/2026

**JUDGE CHRISTINE P. O'HEARN**

                                                                        **DOCKET NO.** 25-cr-755 (CPO)
**COURT REPORTER:** Meta Goddard
**OTHER:** Jonathan Hayoun, U.S. Probation
**OTHER:** Katherine Kaufman, Court Interpreter

**TITLE OF CASE:**

UNITED STATES OF AMERICA

            v.

CHRISTOPHER SANGUESA AGUIRRE

**APPEARANCES:**
Andrew D'Aversa, AUSA for the Government
Carol Dominguez, AFPD for Defendant *(Defendant Present)*

**NATURE OF PROCEEDINGS:**    SENTENCING

**SENTENCE:** Imprisonment for a term of time served on each of counts 1 and 2 to be served concurrently.
**SPECIAL ASSESSMENT:** $200.00
**RESTITUTION:** $228,705.69
**FINE:** Waived

Defendant advised of his right to appeal.
Defendant remanded to the custody of the U.S. Marshal Service.

Time Commenced:      11:20am
Time Adjourned:      12:05pm
**Total Time:**      **45 Minutes**

                                                */s/ Haley E. Minix*
                                                DEPUTY CLERK